■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ERNEST VAUGHN, Appellant. [817 NYS2d 196]—Judgment, Supreme Court, Bronx County (John P. Collins, J.), rendered on or about October 25, 2004, unanimously affirmed. No opinion. Order

filed. Concur—Buckley, P.J., Andrias, Nardelli, Sweeny and McGuire, JJ.